# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Jamie L. Alunan,<br><br>    Plaintiff,<br><br>v.<br><br>Premier Recovery Group, Inc.<br>c/o Joey Younger<br>191 North Street<br>Buffalo, NY 14201<br><br>and<br><br>Joey Younger<br>191 North Street<br>Buffalo, NY 14201<br><br>    Defendants. | Case No. 1:12-cv-08452<br><br><br><br>(proposed) ORDER ON PLAINTIFF'S<br>MOTION FOR DEFAULT JUDGMENT |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Default Judgment.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered against Defendants Premier Recovery Group, Inc. and Joey Younger, joint and severally, as follows:

- $40,000 [handwritten, replacing crossed-out $50,000] in actual damages for violations of the Fair Debt Collection Practices Act

- $1,000 in statutory damages for violations of the Fair Debt Collection Practices Act

**IT IS SO ORDERED.**

_____
United States District Judge
Northern District of Illinois

Date: 1/17/13