

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jamie L. Alunan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Premier Recovery Group, Inc.<br>c/o Joey Younger<br>191 North Street<br>Buffalo, NY 14201<br><br>and<br><br>Joey Younger<br>191 North Street<br>Buffalo, NY 14201<br><br>　　　　Defendants. | Case No. 1:12-cv-08452<br><br><br><br>(proposed) ORDER ON PLAINTIFF'S<br>MOTION FOR ATTORNEYS'<br>FEES AND COSTS |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Attorneys' Fees and Costs.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered against Defendants Premier Recovery Group, Inc. and Joey Younger, joint and severally, as follows:

. $4,560.00 in reasonable attorneys' fees; and

. $420.00 in reasonable costs incurred herein.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　Northern District of Illinois

Date: 1/17/13