# United States District Court
## Northern District of Illinois
### Eastern Division

Alunan                      **JUDGMENT IN A CIVIL CASE**

v.                  Case Number: 12 C 8452

Premier Recovery Group, Inc., et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment entered against defendants Premier Recovery Group, Inc. and Joey Younger, joint and severally, as follows: $40,000 in actual damages for violations of the Fair Debt Collection Practices Act and $1,000 in statutory damages for violations of the Fair Debt Collection Practices Act. Judgment entered against defendants Premier Recovery Group, Inc. and Joey Younger, joint and severally, as follows: $4,560 in attorneys' fees and $420 in costs.

                                     Thomas G. Bruton, Clerk of Court

Date: 1/18/2013

                                       /s/ Michael Dooley, Deputy Clerk